```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA            :
                                    :     INDICTMENT
        - v. -                      :
                                    :     13 Cr.
ISAIAS FLORES-MENDEZ,               :
    a/k/a "Jesus Diaz,"             :
    a/k/a "Adrian Sanchez-Mendez"   :
                                    :
            Defendant.              :
- - - - - - - - - - - - - - - - - - -x
```

**13 CRIM 031**

COUNT ONE

The Grand Jury charges:

On or about November 15, 2012, in the Southern District of New York and elsewhere, ISAIAS FLORES-MENDEZ, a/k/a "Jesus Diaz," a/k/a "Adrian Sanchez-Mendez," the defendant, being an alien, after having been denied admission, excluded, deported, and removed from the United States on or about October 26, 2007, unlawfully did enter and was found in the United States, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Section 1326(a).)

_____  1/14/13         _____
FOREPERSON                                PREET BHARARA
                                          United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 14 2013

JUDGE FORREST

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ISAIAS FLORES-MENDEZ,
a/k/a "Jesus Diaz,"
a/k/a "Adrian Sanchez-Mendez,"

Defendant.

INDICTMENT

13 Cr.

(8 U.S.C. §§ 1326(a).)

PREET BHARARA
United States Attorney.

**A TRUE BILL**

Foreperson.

1/14/13

1/14/2013 — INDICTMENT FILED,
G.C.   CASE ASSIGNED TO JUDGE FORREST,
FOR ALL PURPOSES.

FOX, USMJ.

2